```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 05 B 10067
   MARY B FARRELL
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
   SSN XXX-XX-4609

--------------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 03/21/2005 and was confirmed 06/02/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

    The case was paid in full 08/12/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
CHASE HOME FINANCE LLC    CURRENT MORTG          .00           .00            .00
CHASE HOME FINANCE LLC    MORTGAGE ARRE      12492.13          .00       12492.13
NATIONWIDE CASSEL         SECURED              500.00         74.49         500.00
CLOISTER CONDO ASSOCIATI  NOTICE ONLY       NOT FILED          .00            .00
NATIONWIDE COMMERCIAL LP  UNSECURED         NOT FILED          .00            .00
SPIEGEL                   UNSECURED         NOT FILED          .00            .00
TARGET RETAILERS NATIONA  UNSECURED         NOT FILED          .00            .00
NATIONWIDE CASSEL         UNSECURED           1921.51          .00         1921.51
JOSEPH J CARDINAL         DEBTOR ATTY            .00                          .00
TOM VAUGHN                TRUSTEE                                          914.80
DEBTOR REFUND             REFUND                                           438.07

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE               16,341.00

PRIORITY                                          .00
SECURED                                     12,992.13
     INTEREST                                   74.49
UNSECURED                                    1,921.51
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                           914.80
DEBTOR REFUND                                  438.07
                     ---------------       ---------------
TOTALS                16,341.00             16,341.00




                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 10067 MARY B FARRELL
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/20/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 10067 MARY B FARRELL